# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

ROSE SZISZAK

VERSUS

STATE FARM FIRE AND
CASUALTY COMPANY

CIVIL ACTION

23-1171-SDD-RLB

## RULING

The Court has carefully considered the record, the law applicable to this action, and the *Report and Recommendation*[1] of United States Magistrate Richard L. Bourgeois, Jr. dated February 19, 2025, to which no objection has been filed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY,**

**IT IS ORDERED** that this matter is dismissed pursuant to Fed. R. Civ. P. 25(a)(1) for failure of any party, or decedent's successor or representative, to file an appropriate motion to substitute.

Signed in Baton Rouge, Louisiana, on this *17* day of March, 2025.

**CHIEF JUDGE SHELLY D. DICK**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**

---

[1] Rec. Doc. 28.